## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

KAREN MOREY, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

McDONALD'S CORPORATION and
McDONALD'S USA, LLC,

Defendants.

Case No. 18 C 1137
Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendants McDonald's Corporation and McDonald's USA, LLC.
and against plaintiff Karen Morey, individually and behalf of all others similarly situated.

Defendants shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow on a motion for summary judgment.

Date: 5/19/2020

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk